COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                                    SUPERIOR COURT
                                                                                                 CIVIL ACTION
                                                                                                 NO. 24-1332

Vivian Frazier
**PLAINTIFF(S) (PRINT NAME CLEARLY)**

vs.

(~~24 Colgate rd LLC~~) MGM Fenway Music Hall
**DEFENDANT(S) (PRINT NAME CLEARLY)**

(~~24 Colgate rd LLC~~) MGM Fenway Music Hall
Live Nation

**COMPLAINT** MGM failed to pay wages.

**PARTIES**

1. Plaintiff(s) reside(s) at 24 Colgate rd, Roslindale, MA
   in the County of Suffolk

2. Defendant(s) reside(s) at Roslindale / Landsdown Fenway
   in the County of Suffolk    Landsdown st Boston, MA

**FACTS**

3. October 9th of 2022 I left MGM due to not being paid my tips/weekly hours. through AGO office I won a settlement of 20,000.00 but was only awarded 11,000. Attorney Michael Harriman misinformed me and misrepresented me by taking advantage of me in a vulnerable place. Michael began communicating w/ MGM and violated attorney/client confidentiality. My request was the 15,000, and 50 mill for emotional distress etc. Attorney Harriman then reached out to several sources such as, my property management, DTA, and family

members whom I haven't spoken to. I believe my attorney started working w/ opposing party. The false settlement reporting is affecting my ~~house~~ housing that is paid through Pine street. My apartment was broken into and 14,000.00 stolen, bags, clothing etc.

4. Answer this question **only** if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes ✓    No ___

If Yes, describe the Court proceeding(s) and its/their status. Housing court w/ 24 Colgate rd, LLC / Wage theft suit w/ MGM Fenway Music Hall

WHEREFORE, plaintiff demands that (24 Colgate rd) ~~demands property~~ as retaliation from police reports and break in brought by MGM. Demanding initiale 20K plus 100 million for defermation, emotional ~~stress~~ stress, discrimination, retaliation

SIGNED UNDER THE PENALTIES OF PERJURY.

DATE: 5/21/24

Signature of Plaintiff(s)

24 Colgate rd apt 9
Street Address

Roslindale MA 02131
City/Town

Telephone