**COMMONWEALTH OF MASSACHUSETTS**

SUFFOLK, SS.                    SUFFOLK SUPERIOR COURT
                                CIVIL ACTION NO. 2484CV00332

PLAINTIFF (Print Name Clearly): Vivian Fravien

VS.

DEFENDANT (Print Name Clearly): Live Nation Entertainment, INC

MOTION TO: Motion for Assessment of default

Now comes the plaintiff/defendant Vivian Fravien and moves this Honorable Court to Force Live Nation Entertainment, INC to pay judgment of Damages in a default awarded to plantiff, 1 Billion dollars in damages. Spoke to corporate office in New York, informed of default judgment and payment request, acknowledged corporate office is aware yet has not email plantiff as discussed

Dated this 27 day of 27 , 2025
01

Civil Action No. 2184CV01332

**Signature** *[signed]*

**Address** Boston, MA

**Tel. No.**

**Email Address** vfravien1@outlook.com

*Add additional pages if necessary.