## COMMONWEALTH OF MASSACHUSETTS
## COUNTY OF
## THE SUPERIOR COURT



FILED

2025 JUN -5 PM 3:35

Civil Action No. 2024-1332

Vivian Fraven
**Plaintiff(s)**

vs.

MGM Fenway Music Hall
**Defendant(s)**

### REQUEST FOR DEFAULT
(Pursuant to Mass.R.Civ.P. 55(a))

I, the undersigned attorney, for the above named Plaintiff Vivian Fraven state that the complaint in which a judgment for affirmative relief is sought against the defendant (s) herein, was filed on _____ and the summons and a copy of the complaint have been served on the Defendant(s) herein on _____ as appears from the officer's return; that the time within which the Defendant(s) shall serve a responsive pleading or otherwise defend pursuant to Rule 12(a), has expired and the defendant(s) herein has/have failed to serve or file an answer or otherwise defend as to the complaint.

WHEREFORE, the Plaintiff make application that the Defendant(s) be defaulted.

Dated

SIGNED UNDER THE PENALTIES OF PERJURY

Signature:

Print name:

Address: Boston, MA

Address:

City/State/Zip

Phone Number 617-332-1858