# Massachusetts Attorney General's Office | Wage Complaint or Dispute



FILED
IN CLERKS OFFICE
2025 JUN -5 PM 3: 36
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Before You File

Español | Português

The Massachusetts Attorney General's Office represents the public interest, and cannot provide you with legal advice or act as your attorney. If you have any questions concerning your individual legal rights or responsibilities, you should contact a private attorney, or review the AGO Legal Resources page.

Please note that after 15 minutes of inactivity, a message will appear asking you if you want to continue your session. You must select "yes," or your session will end, and you will have to restart the form.

## About Your Request

**Select From Below** (Required)*

- ● Non-Payment of Wage
- ○ Child Labor / Youth Employment
- ○ Domestic Violence Leave
- ○ Prevailing Wage
- ○ Employment Discrimination

Complete the information requested below for complaints relating to any of the reasons listed in the "Reasons for Filing" section.

## Reasons for Filing Complaint

**Choose all that apply**

- ☑ Minimum wage
- ☑ Non-payment of wages
- ☑ Overtime pay
- ☐ Sunday/holiday pay
- ☐ Vacation pay
- ☐ Deductions
- ☐ Sick leave
- ☐ Meal period
- ☑ Tips
- ☐ Domestic worker law
- ☐ Independent contractor misclassification
- ☐ Unpaid commissions
- ☑ Retaliation
- ☐ Temp workers' right to know
- ☑ Personnel records
- ☑ Other

Explain:*
giving personal info/location to ex

☐ I am requesting permission to sue privately **("private right of action").**

If you check the box above, we will send you permission to sue privately and this office will not pursue an investigation or enforcement at this time.
Workers have the right to sue their employers for violations of wage and hour and prevailing wage laws. Workers may sue on their own or as a group with other workers, if they have similar complaints. Workers who win their case have a right to triple damages, attorney fees, and court costs.

## Complaint Against

**Company or Employer Name** (Required)*
MGM Music Hall

**Company or Employer Type** (Required)*
Other

**Fill In Company or Employer Type** (Required)*
Concert Hall

**Company or Employer Street Address** (Required)*
175 Ipswich Street

**City** (Required)*   **State** (Required)*   **Zip Code** (Required)*
Boston            Massachusetts           02115

**Company Phone**

**Number of Employees**

**Owner and/or Supervisor Name and Contact Information**
Monica Casillas/Keith

## Employment Dates

**From**       ☑ Present
08/24/2022

## Time Period of Violation

**From** (Required)*   ☑ Present
08/24/2022

## Report or Complaint Detail

**I need help**
for myself

**Type of Work Performed and Job Title** (Required)*
Bartender/Supervisor

**Pay Rate** (Required)*  **Per** (Required)*
$10.51                   / Hour

**Total Amount Owed**
$7,000.00

**Provide detailed information about what happened, including relevant dates and names. If you have complained to the employer, tell us what happened.**
You cannot attach supporting documents (for example, pay stubs or time records) at this time. If you have documents that support your complaint, please describe them here. If we decide to investigate your complaint, you will have the opportunity to provide supporting documents. Please keep copies of these documents.
(Required)*
(See Hard Copy)

*See attached statement of events.

- hours worked: 171
- Tips: 4,973.14
- Wages: 1,797.21

Seeking 50 mil in defamation, sabotage, etc.

## Has Someone Helped You?

☐ I contacted a community organization, lawyer, union, or government agency.

☐ I hired a lawyer or attorney to represent me.

☐ Other

☑ I have not asked for help before filing this complaint.

## Employee Contact Information (We may contact you by mail, phone, text or email.)

☐ I want to remain anonymous.

**First Name**  **Last Name**
Vivian         Fravien

**Street Address**
Boston

**City**    **State**          **Zip Code**
Boston      Massachusetts

**Phone**
781-620-6805

**Email**
If you provide your email address, you will receive a confirmation email after submitting this form with a copy of the completed complaint attached.
Vfravien1@Outlook.com

**Date of Birth**
01/09/1990

**Preferred Language** (If not English)

☐ I am a U.S. Military Service Member or Veteran, or filing on behalf of an employee who is a member of the military.

## Alternate Contact Person (Optional)

**Name**

**Phone**

## Important Information

1. We may share the information you provided with the company or employer you are complaining about in order to resolve your complaint. If you do not want us to share your name and personal information with anyone, please let us know.

2. Some information about the company or employer you complained about may be publicly posted on the AGO website, including their name, town/city, and state, and the date the complaint was filed.

3. In most circumstances, your complaint is considered a public record. This means that a member of the public could ask us to share the information you provided.

4. As a rule, we will not share your personal information like your name, address, phone number, or email address with the general public.

## Signature

☑ **By entering my name below, I certify that:** (Required)*

- The information I have provided is true and correct to the best of my knowledge, and

- I have read and understand the important information above.

**Type Full Name of the Person Submitting Form** (Required)*
Vivian Fravien, Received on 10/24/2022; Entered by TMason

**Date Submitted**
10/25/2022



## INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|---|---|---|---|
| 05/20/2024 | | Attorney appearance<br>On this date Pro Se added for Plaintiff Vivian Fravien | |
| 05/20/2024 | 1 | Affidavit of Indigency and request for waiver substitution of state payment of fees and costs filed without Supplemental affidavit<br>ALLOWED | |
| 05/20/2024 | 2 | Complaint electronically filed. | |
| 05/20/2024 | 3 | Civil action cover sheet filed. | |
| 05/20/2024 | | Case assigned to:<br>DCM Track F - Fast Track was added on 05/20/2024 | |
| 05/20/2024 | | EDocument sent:<br>A Tracking Order was generated and sent to:<br>Plaintiff: Vivian Fravien No addresses available | |
| 05/20/2024 | | Docket Note: summonses in hand | |
| 06/10/2024 | 4 | Service Returned for<br>Defendant MGM Fenway Music Hall: Service through person in charge / agent; | |
| 06/10/2024 | 5 | Service Returned for<br>Defendant Live Nation: Service through person in charge / agent; | |
| 09/20/2024 | 6 | Vivian Fravien's request for Default 55(a)<br><br>Applies To: Live Nation (Defendant) | |
| 09/20/2024 | 7 | Vivian Fravien's request for Default 55(a)<br><br>Applies To: MGM Fenway Music Hall (Defendant) | |
| 11/05/2024 | | Document:<br><br>Default order Mass. R. Civ. P. 55(a)<br>Sent On: 11/05/2024 15:52:34 | |
| 11/05/2024 | 8 | Default 55a Entered as to: MGM Fenway Music Hall (Defendant); Live Nation (Defendant) notice sent 11/6/24 | |

Restricted Information
Please Configure or Install Zebra ZD411 printer to use with COARS upon receipt
Support for the Dymo Printer has come to an end



**Detail COA Information**

Home Logout

Back New Search

| Current COA Information is not Available ||
|---|---|
| **COARS History Record 1** | |
| Move Type: IP | Primary: FRAV024 |
| Request: Deleted | |
| Change Reason: Fail/No Validation | Maint. Function: Deleted |
| Effective Date: 02/17/2025 | |
| Orig Trans : 2502814690011390 | Mod Trans: 2505590010111400 |
| Created On: 01/28/2025 14:31 | Last Update: 02/24/2025 |
| Status: Active | |
| Last modified by: UCOA | *No Image Available* |
| Machine ID: 1469 | |
| Name: FRAVIEN VIVIAN | |
| Old CRID: C013 | |
| Old Address: 24 COLGATE RD APT 9 ROSLINDALE MA 02131-1122-00 | |
| New CRID: B002 | |
| New Address: PO BOX 203 ROSLINDALE MA 02131-0002 | |

| COARS History Record 2 |||||||
|---|---|---|---|---|---|---|
| Move Type: IP | Request: Added prior to Effective Date | Effective Date: 02/17/2025 | Orig Trans: 2502814690011390 | Created: 01/28/2025 14:31 | Primary: FRAV024 ||
| | | | Mod Trans: 2502990010436630 | Updated: 01/29/2025 | ||
| Status: Active | Last modified by: UCOA | Machine ID: 1469 ||||  |
| Name: FRAVIEN VIVIAN |||||||
| Old Addr: 24 COLGATE RD APT 9; ROSLINDALE MA 02131-1122-00 |||| Old CRID: C013 |||
| New Addr: PO BOX 203; ROSLINDALE MA 02131-0002 |||| New CRID: B002 |||

| COARS History Record 3 ||||||
|---|---|---|---|---|---|
| Move Type: IP | Request: Added | Effective Date: 01/24/2025 | Orig Trans: 2502814690011390 | Created: 01/28/2025 14:31 | Primary: FRAV024 |
| Status: Active | Last modified by: A978 | Machine ID: 1469 ||||
| Name: FRAVIEN VIVIAN ||||||
| Old Addr: 24 COLGATE RD APT 9; ROSLINDALE MA 02131-1122-09 |||| Old CRID: C013 ||
| New Addr: PO BOX 203; ROSLINDALE MA 02131-0002-03 |||| New CRID: B002 ||

Copyright© 2002-2025, Siemens. All Rights Reserved ( V6.0.0 ) COARSWEB6P
03/12/2025 12:19:01 PM

**USPS**
**Detail COA Information**

Restricted Information
Please Configure or Install Zebra ZD411 printer to use with COARS upon receipt
Support for the Dymo Printer has come to an end

Home Logout

Back New Search

| Current COA Information is not Available |
|---|

### COARS History Record 1

| Move Type: IP | Request: Deleted | Effective Date: 02/17/2025 | Orig Trans: 2502814690011390 | Created: 01/28/2025 14:31 | Primary: FRAV024 |
| | | | Mod Trans: 2505590010111400 | Updated: 02/24/2025 | |
| Status: Active | Last modified by: UCOA | Machine ID: 1469 | | | |
| Name: FRAVIEN VIVIAN | | | | | |
| Old Addr: 24 COLGATE RD APT 9; ROSLINDALE MA 02131-1122-00 | | | Old CRID: C013 | | |
| New Addr: PO BOX 203; ROSLINDALE MA 02131-0002 | | | New CRID: B002 | | |

### COARS History Record 2

Move Type: IP    Primary: FRAV024
Request: Added prior to Effective Date
Change ID Validation Reason: Pending    Maint. Function: Modified
Effective Date: 02/17/2025
Orig Trans : 2502814690011390    Mod Trans: 2502990010436630
Created On: 01/28/2025 14:31    Last Update: 01/29/2025
Status: Active
Last modified by: UCOA
Machine ID: 1469
Name: FRAVIEN VIVIAN
Old CRID: C013
Old Address: 24 COLGATE RD APT 9 ROSLINDALE MA 02131-1122-00
New CRID: B002
New Address: PO BOX 203 ROSLINDALE MA 02131-0002

*No Image Available*

### COARS History Record 3

| Move Type: IP | Request: Added | Effective Date: 01/24/2025 | Orig Trans: 2502814690011390 | Created: 01/28/2025 14:31 | Primary: FRAV024 |
| Status: Active | Last modified by: A978 | Machine ID: 1469 | | | |
| Name: FRAVIEN VIVIAN | | | | | |
| Old Addr: 24 COLGATE RD APT 9; ROSLINDALE MA 02131-1122-09 | | | Old CRID: C013 | | |
| New Addr: PO BOX 203; ROSLINDALE MA 02131-0002-03 | | | New CRID: B002 | | |

Copyright© 2002-2025, Siemens. All Rights Reserved ( V6.0.0 ) COARSWEB6P
03/12/2025 12:18:38 PM